UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARIO ANTHONY ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00897-JPH-MJD |
| VALPARAISO UNIVERSITY LAW CLINIC, | ) ) ) |
| Defendant. | ) |

**ORDER TRANSFERRING ACTION**

Mario Allen seeks to sue the Valparaiso University Law Clinic for actions that took place in LaPorte County. Dkt. 1. A civil action may be brought in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b). This Court is not the proper venue for this action under these criteria.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). Pursuant to 28 U.S.C. §§ 1391(b) and 1404(a), this action is **transferred** to the U.S. District Court for the Northern District of

Indiana, Hammond Division. The **clerk is directed** to **terminate** the pending motion for leave to proceed *in forma pauperis*, dkt. [2].

**SO ORDERED.**

Date: 5/26/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MARIO ANTHONY ALLEN
143473
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391